Probation Form No. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

V.

Criminal No. 1:91-CR-39-001

Sergio Balderas

On February 7, 2005, this defendant was placed on supervised release for **8** years. The defendant having complied with the court's restrictions and no longer needing supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

Jesús Adame
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed ____May 30____, 2007 ____, at Grand Rapids, Michigan.

Robert Holmes Bell, Chief
United States District Judge

Pursuant to Rule 32.1 (c)(2)(C),
Fed. R. Crim. P., the U.S. Attorney
was served notice on _____